# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; 2-TUFF-E-NUFF PRODUCTIONS, INC. d/b/a TWO TUFF ENUFF PUBLISHING; EMI BLACKWOOD MUSIC, INC.; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; MIX-A-LOT PUBLISHING; GASOLINE ALLEY MUSIC, INC. d/b/a GASOLINE ALLEY MUSIC; RAMSES MUSIC, <br><br>           Plaintiffs, <br><br>    v. <br><br> ULSTER, INC. d/b/a O'NEILL'S, RONALD F. BROGAN and KEVIN TREANOR, each individually, <br><br>           Defendants. | CIV. ACTION NO.1:10cv11107 -NG |

## STIPULATION FOR ENTRY OF JUDGMENT

The parties to this action hereby stipulate and move that the Court enter in this action the Consent Judgment attached hereto as Exhibit A.

Date: November 5, 2010

BROADCAST MUSIC, INC., ET AL
Plaintiffs,

By its attorneys,

/s/ William S. Strong
William S. Strong, Esq., BBO #483520
Amy C. Mainelli Burke, Esq., BBO#657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts  02114
Phone:  (617) 227-7031
Fax: (617) 367-2988

ULSTER, INC, ET AL
Defendants,

By their attorneys,

  /s/ Francis J. DiMento, Jr.
Francis J. DiMento, Jr.
BBO #547337
DiMENTO & SULLIVAN
7 Faneuil Marketplace - 3rd Fl.
Boston, MA 02109-6113
Tel.: (617) 523-2345
Fax: (617) 523-2346

**CERTIFICATE OF SERVICE**

    I, William S. Strong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non registered participants on November 5, 2010.

/s/ William S. Strong
William S. Strong